| AO 10<br>Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT**<br>**INITIAL FILING** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Wang, Nina Y. | 2. Court or Organization<br><br>United States District Court for the District of Colorado | 3. Date of Report<br><br>10/07/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>United States Magistrate Judge -Full-time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination      Date<br>☑ Initial    ☐ Annual    ☐ Final<br><br>5b. ☑  Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>8/13/2015 |
| 7. Chambers or Office Address<br><br>Byron G. Rogers United States Courthouse<br>1929 Stout Street, C0254<br>Denver, Colorado 80294 |||

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Faegre Baker Daniels LLP |
| 2. | Director, Board of Directors | Faculty of Federal Advocates |
| 3. | Director, Board of Directors | Colorado Lawyers Trust Account Foundation |
| 4. | Steering Committee Member | National Task Force for United States Patent and Trademark Office Pro Bono Initiative |
| 5. | Director, Board of Directors | Colorado Pro Bono Patent Initiative |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2010 | Faegre Baker Daniels, Partner Capitalization Agreement |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Faegre Baker Daniels, Partnership Income | $574,000.00 |
| 2. 2014 | Faegre Baker Daniels, Partnership Income | $650,000.00 |
| 3. 2013 | Faegre Baker Daniels, Building Trust | $944.00 |
| 4. 2014 | Faegre Baker Daniels, Building Trust | $1,321.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Self-employed, Energy Consultant |
| 2. 2014 | Self-employed, Energy Consultant |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | Exempt | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wang, Nina Y. | 10/07/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | Exempt | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Nationstar Mortgage | Mortgage on Rental Prop. #1, Denver, Colorado | L |
| 2. | FirstBank | Spouse Small Business Loan | M |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wang, Nina Y. | 10/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Denver, Colorado (2000 - $160,000) | E | Rent | M | Q | | | | | |
| 2. Ballard Power System Common Stock | | None | J | T | | | | | |
| 3. Capstone Turbine Corp Common Stock | | None | J | T | | | | | |
| 4. Citigroup Inc Common Stock | A | Dividend | J | T | | | | | |
| 5. Consolidated Edison Common Stock | A | Dividend | J | T | | | | | |
| 6. El Du Pont De Nemours & Company Common Stock | A | Dividend | J | T | | | | | |
| 7. Ford Motor Company Common Stock | A | Dividend | J | T | | | | | |
| 8. Garmin Common Stock | A | Dividend | J | T | | | | | |
| 9. Nordstrom Inc Common Stock | A | Dividend | J | T | | | | | |
| 10. Sirius XM Holdings Inc Common Stock | | None | J | T | | | | | |
| 11. Sprint Corporation Common Stock | | None | J | T | | | | | |
| 12. Wave Systems Corp Common Stock | | None | J | T | | | | | |
| 13. Columbia Value and Restructuring Z Mutual Fund | | None | K | T | | | | | |
| 14. RS Small Cap Growth A | | None | K | T | | | | | |
| 15. Schwab Small Cap Index | | None | K | T | | | | | |
| 16. Janus Overseas T | | None | J | T | | | | | |
| 17. AMG FQ Global Risk-Balanced Institutional | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wang, Nina Y. | 10/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ETrade Roth IRA - Cash | A | None | J | T | | | | | |
| 19. ETrade Roth IRA - Cash | A | None | J | T | | | | | |
| 20. Sentinel Ssmidcap A | | None | K | T | | | | | |
| 21. American Century Select | | None | J | T | | | | | |
| 22. American Century Ultra | | None | J | T | | | | | |
| 23. American Century Value | A | Dividend | K | T | | | | | |
| 24. American Century Heritage | A | Dividend | J | T | | | | | |
| 25. American Century Equity Growth | A | Dividend | J | T | | | | | |
| 26. FirstBank Denver Accounts | A | Interest | M | T | | | | | |
| 27. Edge Asset Management Fund - Equity Income R5 Fund | | None | L | T | | | | | |
| 28. T Rowe Price Large Cap Growth I R5 Fund | | None | L | T | | | | | |
| 29. MFS Investment Managemetn MFS Utilities R3 Fund | | None | K | T | | | | | |
| 30. College Invest - Moderate Age Based Growth Portfolio | | None | J | T | | | | | |
| 31. College Invest - Aggressive Growth | | None | K | T | | | | | |
| 32. College Invest - Stock Index | | None | K | T | | | | | |
| 33. College Invest - Growth Portfolio | | None | K | T | | | | | |
| 34. College Invest - Aggressive | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wang, Nina Y. | 10/07/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. College Invest - Stock Index | | None | J | T | | | | | |
| 36. College Invest - Growth Portfolio | | None | J | T | | | | | |
| 37. T Rowe Price Growth Stock Mutual Fund | | None | M | T | | | | | |
| 38. Baron Small Cap Institutional | | None | M | T | | | | | |
| 39. AllianzGI NFJ Small Cap Value Institutional | | None | M | T | | | | | |
| 40. American Funds EuroPacific | | None | M | T | | | | | |
| 41. Faegre Baker Daniels Pension Plan | | None | M | T | | | | | |
| 42. Learning Quest - Aggressive Track Portfolio | | None | L | T | | | | | |
| 43. Learning Quest - Aggressive Track Portfolio | | None | K | T | | | | | |
| 44. | | | | | | | | | |
| 45. | | | | | | | | | |
| 46. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wang, Nina Y. | 10/07/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Wang, Nina Y. | 10/07/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Nina Y. Wang**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544